UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------
HANTAT TECHNOLOGY LTD.

                   Plaintiff,

        -against-

MERKURY INNOVATIONS, LLC.

                  Defendant.
-------------------------------------

CASE NO.

**Rule 7.1 Statement**

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 [formerly Local General Rule 1.9] AND TO ENABLE DISTRICT JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR HANTAT TECHNOLOGY LTD. (A PRIVATE (NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES, OF SAID PARTY, WHICH ARE PUBLICLY HELD.

DATE: New York, New York
      June 15, 2007

                                  HOWARD D. BADER - (HDB- 9744)