UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HANTAT TECHNOLOGY, LTD.,                :

                                        Plaintiff,    :

                 -against-             :

MERKURY INNOVATIONS, LLC.,              :

                                       Defendant.    :

-----------------------------------------------------------------X

07 Civ. 05772 (RJH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08

## STIPULATION AND ORDER
## OF DISCONTINUANCE WITH PREJUDICE

Plaintiff, having filed its Complaint herein against defendant, and defendant having denied the allegations of the Complaint, and the parties being desirous of settling the controversy among them, it is

ORDERED, ADJUDGED and DECREED among the parties hereto as follows:

1. This Court has jurisdiction over the subject matter of this action, and this Court has personal jurisdiction over the parties to this action.

2.  The parties hereto having entered into a separate Settlement Agreement, this action is discontinued, with prejudice subject to Paragraph 3 below, without an award of costs, profits, damages or attorneys' fees.

3.  This Court shall retain jurisdiction over this matter for the purposes of enforcement of the Settlement Agreement entered into by the parties hereto.

_____
U.S.D.J.

Dated: New York, New York
~~December          2007~~
April 25, 2008

The Clerk is requested to close this case.

Merkury-Hantat - Order                    -2-

## CONSENTS

The undersigned hereby consent to the entry of the foregoing Stipulation and Order of Discontinuance.

Dated: _____    By: _____

BALLON STOLL BADER & NADLER, PC
Attorneys for Plaintiff

Susan Schneiderman, Esq. (SS 9840)

Dated: _____    By: _____

SCHLACTER & ASSOCIATES
Attorneys for Defendant

Jed R. Schlacter, Esq. (JRS 4874)